APPENDIX B


# HOUSEHOLD

DATE 8/11/2004
PAGE 1
LOAN NUMBER 2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | UNCOLLECTED BALANCES | |
| TOTAL PAYMENT | 315.64 | | | | |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | LATE CHARGES | 14.53 |
| | | PAID TO DATE | 10/05/02 | FEES | 4,262.30 |
| | | | | INTEREST | 0.00 |

## DETAIL BY TRANSACTION

| EFF DATE / PD TO DT | TOTAL AMT / UNAPPLIED AMT | PRIN AMT / INT AMT | ESCROW AMT / OPT AMT | FEE AMT / LT CHG | DESCRIPTION / PRIN BAL AFT |
|---|---|---|---|---|---|
| 09/04/01 | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |