| Date | Amount | Amount | Amount | Amount | Type | Balance |
|---|---|---|---|---|---|---|
| 01/28/02 | 335.18 | 31.03 | 44.67 | 0.00 | REG PAYMENT | |
| 12/01 | 0.00 | 259.48 | 0.00 | 0.00 | | 25938.73 |
| 01/28/02 | -335.18 | 0.00 | 0.00 | 0.00 | | |
| 12/01 | -335.18 | 0.00 | 0.00 | 0.00 | | 25938.73 |
| 01/28/02 | -335.18 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD | |
| 12/01 | -335.18 | 0.00 | 0.00 | 0.00 | | 25938.73 |
| 01/28/02 | 290.51 | 0.00 | 0.00 | 0.00 | | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | | 25938.73 |
| 01/28/02 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | | 25938.73 |
| 02/28/02 | -245.84 | 0.00 | 0.00 | 0.00 | | |
| 01/02 | -245.84 | 0.00 | 0.00 | 0.00 | | 25938.73 |
| 02/28/02 | 89.34 | 31.34 | 44.67 | 0.00 | REG PAYMENT | |
| 01/02 | -245.84 | 259.17 | 0.00 | 0.00 | | 25907.39 |
| 04/19/02 | 536.35 | 31.65 | 44.67 | 0.00 | REG PAYMENT | |
| 02/02 | 201.17 | 258.86 | 0.00 | 0.00 | | 25875.74 |
| 04/19/02 | 335.18 | 31.97 | 44.67 | 0.00 | REG PAYMENT | |
| 03/02 | 0.00 | 258.54 | 0.00 | 0.00 | | 25843.77 |
| 04/26/02 | -536.35 | -31.65 | -44.67 | 0.00 | REVERSAL | |
| 01/02 | -201.17 | -258.86 | 0.00 | 0.00 | | 25875.42 |
| 04/26/02 | -335.18 | -31.97 | -44.67 | 0.00 | REVERSAL | |
| 02/02 | 0.00 | -258.54 | 0.00 | 0.00 | | 25907.39 |
| 05/14/02 | 145.00 | 0.00 | 145.00 | 0.00 | | |
| 02/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25907.39 |
| 07/05/02 | 190.64 | 0.00 | 0.00 | 0.00 | | |
| 02/02 | 190.64 | 0.00 | 0.00 | 0.00 | | 25907.39 |
| 07/05/02 | 506.28 | 31.65 | 25.13 | 0.00 | REG PAYMENT | |
| 02/02 | 190.64 | 258.86 | 0.00 | 0.00 | | 25875.74 |
| 07/12/02 | 0.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD | |
| 08/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25875.74 |
| 08/12/02 | 460.94 | 31.97 | 25.13 | 0.00 | REG PAYMENT | |
| 08/02 | 0.00 | 258.54 | 0.00 | 145.30 | | 25843.77 |
| 08/12/02 | -490.64 | 0.00 | 0.00 | 0.00 | | |
| 08/02 | -490.64 | 0.00 | 0.00 | 0.00 | | 25843.77 |
| 08/12/02 | -490.64 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD | |
| 08/02 | -490.64 | 0.00 | 0.00 | 0.00 | | 25843.77 |
| 08/12/02 | 300.00 | 0.00 | 0.00 | 0.00 | | |
| 08/02 | 300.00 | 0.00 | 0.00 | 0.00 | | 25843.77 |
| 08/12/02 | 300.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD | |
| 08/02 | 300.00 | 0.00 | 0.00 | 0.00 | | 25843.77 |
| 08/12/02 | 300.00 | 32.29 | 9.49 | 0.00 | REG PAYMENT | |
| 09/02 | 0.00 | 258.22 | 0.00 | 0.00 | | 25811.48 |
| 12/26/02 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | |
| 10/02 | 0.00 | 0.00 | 0.00 | -14.52 | | 0.00 |
| 12/26/02 | 290.51 | 0.00 | 0.00 | 0.00 | REG PAYMENT | |
| 10/02 | 0.00 | 290.51 | 0.00 | 0.00 | | 25811.48 |
| 12/26/02 | 25.13 | 0.00 | 0.00 | 25.13 | FEE POSTING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 01/10/03 | 312.00 | 0.00 | 0.00 | 312.00 | FEE BILLING | |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | | 25811.48 |
| 05/22/03 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES | |
| 10/02 | 0.00 | 0.00 | 0.00 | -101.64 | | 0.00 |