| Date | | | | | |
|---|---|---|---|---|---|
| 05/22/03 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST |
| 10/02 | 0.00 | 0.00 | 0.00 | -101.64 | 25811.48 |
| 06/03/03 | 1112.20 | 0.00 | 0.00 | 1112.20 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 06/06/03 | 130.00 | 0.00 | 0.00 | 130.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 07/25/03 | 150.00 | 0.00 | 0.00 | 150.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 09/16/03 | 266.00 | 0.00 | 0.00 | 266.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 09/23/03 | 475.00 | 0.00 | 0.00 | 475.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 09/24/03 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 10/02 | 0.00 | 0.00 | 0.00 | 101.64 | 0.00 |
| 09/24/03 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST |
| 10/02 | 0.00 | 0.00 | 0.00 | 101.64 | 25811.48 |
| 01/21/04 | 0.00 | 0.00 | 0.00 | 0.00 | ADMIN ADJUST |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 01/21/04 | 0.00 | 0.00 | 0.00 | 0.00 | WRITEOFF F/C |
| 10/02 | 0.00 | 1038.27 | 0.00 | 0.00 | 25811.48 |
| 01/21/04 | 0.00 | 8352.52 | 0.00 | 0.00 | WRITEOFF F/C |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |
| 02/16/04 | 87.02 | 0.00 | 0.00 | 87.02 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |
| 02/24/04 | 1166.00 | 0.00 | 0.00 | 1166.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |
| 07/23/04 | 127.00 | 0.00 | 0.00 | 127.00 | FEE POSTING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 17458.96 |

APPENDIX
B-3